Miguel Angel PERDOMO, Petitioner,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.

No. 99–70761.

INS No. A70–784–760.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2001 [1].

Decided March 22, 2001.

Before WALLACE, SILVERMAN and
W. FLETCHER, Circuit Judges.

MEMORANDUM [2]

Miguel Angel Perdomo ("Petitioner")
petitions for review of the final order of
deportation entered by the Board of Immigration
Appeals ("BIA") on May 28, 1999.
Petitioner was served with an order to
show cause ("OSC") on May 30, 1996—
approximately six years and ten months
after he entered the United States. At a
hearing on May 8, 1997, the Immigration
Judge denied Petitioner's application for
suspension of deportation because Petitioner
had failed to meet the continuous
physical presence requirement before being
served with the OSC and thus was
statutorily ineligible for suspension. On
appeal, the BIA affirmed.

Petitioner contends that he was eligible
for suspension of deportation and challenges
the BIA's decision that the "stop-time
rule"—a new continuous physical
presence requirement set forth in the Illegal
Immigration Reform and Immigrant
Responsibility Act of 1996, 110 Stat. 3009–
625—bars such relief in his case. Petitioner's
arguments challenging the application
of the stop-time rule are foreclosed by our
recent decision in *Ram v. INS*, 243 F.3d
510 (9th Cir.2001).

PETITION FOR REVIEW DENIED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.